UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MYKE-A LITTLES,

      Plaintiff,                                       Case No. 22- 11577

vs.

                                                            HON. MARK A. GOLDSMITH

WAYNE COUNTY COMMUNITY
COLLEGE DISTRICT, et al.,

      Defendants.
_____/

# ORDER GRANTING JOINT MOTION TO EXTEND SCHEDULING ORDER DATES
# (Dkt. 27)

This matter is before the Court on the parties' joint motion to extend scheduling order dates (Dkt. 27). Having considered the motion, the Court grants the motion. The Case Management and Scheduling Order is amended as follows:

| **EVENT** | **DEADLINE** |
| --- | --- |
| Expert Witness List/Disclosures/Report - Defendant | **July 21, 2023** |
| Fact Discovery | **August 7, 2023** |
| Expert Discovery | **August 7, 2023** |
| Dispositive Motions & Motions to Limit/Exclude Expert Testimony | **August 21, 2023** |
| All Other Motions, Including Motions in Limine | **December 11, 2023** |
| Final Settlement Conference | **January 2, 2024 at 3:30 p.m.** |
| Joint Final Pretrial Order | **December 11, 2023** |
| Final Pretrial Conference | **January 22, 2024 at 1:30 p.m.** |
| Trial -  Jury | **February 5, 2024 at 8:30 a m.** |

      SO ORDERED.

Dated:  April 20, 2023                        s/Mark A. Goldsmith
     Detroit, Michigan                    MARK A. GOLDSMITH
                                              United States District Judge