# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MYKE-A LITTLES,

     Plaintiff,

vs

     Case No. 22-cv-11577-MAG-DRG
     District Judge Mark A. Goldsmith
     Magistrate Judge David R. Grand

WAYNE COUNTY COMMUNITY
COLLEGE DISTRICT, and DARRICK
MUHAMMAD

     Defendant.

---

BATEY LAW FIRM, PLLC
SCOTT P. BATEY (P54711)
Attorney for Plaintiff
30200 Telegraph Road, Suite 400
Bingham Farms, MI 48025
(248) 540-6800 / Fax (248) 540-6814
sbatey@bateylaw.com

THE ALLEN LAW GROUP
MONICA N. HUNT (P68838)
Attorney for Defendant Muhammad
3011 West Grand Blvd., Ste. 2500
Detroit, MI 48202-3011
(313) 871-5500
mhunt@alglawpc.com

SUE ELLEN EISENBERG & ASSOCIATES PC
SUE ELLEN EISENBERG (P25530)
KERRY K. CAHILL (P67671)
Attorneys for Defendants
33 Bloomfield Hills Parkway, Suite 145
Bloomfield Hills, MI 48304
(248) 258-5050
see@seelawpc.com
kkcahill@seelawpc.com

POTTER, DeAGOSTINO, O'DEA & CLARK
STEVEN M. POTTER (P33344)
ROBERT C. CLARK (P76359)
TREVOR S. POTTER (P84253)
LAYLA R. SIZEMORE (P85502)
Co-Counsel for Defendants
2701 Cambridge Court, Ste 223
Auburn Hills, MI 48326
(248) 377-1700/ Fax (248) 377-0051
spotter@potterlaw.com
rclark@potterlaw.com
tpotter@potterlaw.com
lsizemore@potterlaw.com

---

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

THIS MATTER  having come before this Honorable Court by stipulation of

the parties, and the Court being fully advised of the premises;

IT IS HEREBY ORDERED THAT Plaintiff's complaint is dismissed in its

entirety, with prejudice, and without attorneys' fees or costs to any party.

IT IS SO ORDERED.

This is the final Order in this matter and hereby closes this case.

SO ORDERED.

Dated:  May 9, 2023                          s/Mark A. Goldsmith
  Detroit, Michigan                   MARK A. GOLDSMITH
            United States District Judge

**SO STIPULATED:**

*/s/ Scott P. Batey (w/ permission)*
SCOTT P. BATEY
Attorney for Plaintiff

*/s/ Sue Ellen Eisenberg (w/ permission)*
SUE ELLEN EISENBERG (P25530)
Attorneys for Defendant WCCCD

/s/ *Steven M. Potter*
STEVEN M. POTTER (P33344)
Co-Counsel for Defendant WCCCD

*/s/ Monica H. Hunt (w/ permission)*
MONICA N. HUNT (P68838)
Attorney for Defendant Muhammad

2